■ In the Matter of MORTON H. SMILEY, an Attorney.—Motion for reinstatement granted only to the extent of referring the matter for a hearing before the Committee on Character and Fitness pursuant to 22 NYCRR 603.14 (b). Concur—Murphy, P. J., Kupferman, Birns, Markewich and Lane, JJ.

■ In the Matter of HARRY HOFFER, an Attorney.—Determination of motion for reinstatement held in abeyance and the matter referred to the Departmental Disciplinary Committee for a hearing and for any further proceedings which are deemed appropriate. Concur—Murphy, P. J., Kupferman, Birns, Lane and Markewich, JJ.

■ In the Matter of RUBIN MALOFF et al., Appellants, v CITY COMMISSION ON HUMAN RIGHTS et al., Respondents.—Motion for clarification granted insofar as to amend the decretal paragraph of the order of this court entered on July 14, 1977 and of the memorandum decision filed therewith [58 AD2d 791], by inserting the words "including the entry of a money judgment in the amount of $1,750 plus interest from July 10, 1973," immediately following the words "and directing its enforcement". Concur—Murphy, P. J., Lane, Markewich and Silverman, JJ.

■ In the Matter of FRAZIER DAVIDSON, an Attorney.—Motion granted and petitioner will be reinstated as an attorney and counselor at law in the State of New York upon taking the appropriate oath. Concur—Birns, J. P., Fein, Sandler, Silverman and Ross, JJ.

■ In the Matter of HAROLD C. HERMAN, an Attorney.—Motion to vacate order of this court entered on December 7, 1978 granted to the extent of adopting the stipulation of the parties as indicated in the order of this court. Concur—Fein, J. P., Sandler, Sullivan, Lane and Markewich, JJ.

■ In the Matter of ROBERT FLORSHEIM, an Attorney.—Motion granted only to the extent of permitting respondent to appear and fully participate in the hearings to be conducted by petitioner and said motion is otherwise denied. Concur—Birns, J. P., Fein, Sandler, Bloom and Lane, JJ.